Cases Dismissed.

CASES DISMISSED BY THE SUPREME COURT
WITHOUT WRITTEN OPINIONS DURING THE
JANUARY TERM, A. D. 1925.

The City of St. Augustine, a municipal corporation, Plaintiff in Error, v. The St. Johns Electric Company, a corporation, Defendant in Error.

A Writ of Error to the Circuit Court for St. Johns County.

Writ of Error dismissed on motion of counsel for the respective parties.

*E. Noble Calhoun* and *P. H. Odom,* for Plaintiff in Error.

*George W. Bassett, Jr.,* for Defendant in Error.

———

George S. Reid and Sibelle L. Reid, his wife, Appellants, v. John F. Olive, Appellee.

An Appeal from the Circuit Court for Dade County.

Appeal dismissed on motion of counsel for the respective parties.

*Frank Smathers* and *E. B. Kurtz,* for Appellants; *Gramling & Clarkson,* for Appellee.

———

J. W. Floyd, Appellant, v. Addie Hunton Floyd, Appellee.

An Appeal from the Circuit Court for Duval County.